1  McGREGOR W. SCOTT
   United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8

9               IN THE UNITED STATES DISTRICT COURT

10              EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          CASE NO. 2:20-MJ-00049-AC

13                 Plaintiff,          [PROPOSED] FINDINGS AND ORDER
                                       EXTENDING TIME FOR PRELIMINARY
14      v.                             HEARING PURSUANT TO RULE 5.1(d) AND
                                       EXCLUDING TIME
15  JOSE TRINIDAD GARCIA-ROJAS,
                                       DATE: April 2, 2020
16                 Defendant.          TIME: 2:00 p.m.
                                       COURT: Hon. Edmund F. Brennan
17

18

19          The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

20  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 30, 2020.

21  The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

22  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

23  5.1(d) of the Federal Rules of Criminal Procedure.

24          Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

25  of justice served by granting this continuance outweigh the best interests of the public and the defendant

26  in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would

27  not adversely affect the public interest in the prompt disposition of criminal cases.

28  ///

THEREFORE, FOR GOOD CAUSE SHOWN:

1.     The date of the preliminary hearing is extended to May 12, 2020, at 2:00 p.m.

2.     The time between April 2, 2020, and May 12, 2020, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.     The defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

Dated:   March 31, 2020

The Honorable Edmund F. Brennan
UNITED STATES MAGISTRATE JUDGE

[PROPOSED] FINDINGS AND ORDER